UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW W. ALBSTEIN, individually, and on behalf of all others similarly situated,

Plaintiff,

-v-

SIX FLAGS ENTERTAINMENT CORPORATION and LO-Q INC.,

Defendant.

Case No._____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SIX FLAGS ENTERTAINMENT CORPORATION (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

SIX FLAGS ENTERTAINMENT CORPORATION

Date: August 2, 2010

_____
Signature of Attorney

Attorney Bar Code: #3369

Form Rule7_1.pdf  SDNY Web 10/2007