UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Andrew W. Albstein,** individually, and on behalf of all others similarly situated,<br>*Plaintiff,*<br>v.<br>**Six Flags Entertainment Corporation** and **Lo-q Inc.,**<br>*Defendants.* | Docket No.<br>10 cv 05840 RJH<br><br>ECF Case<br><br>**Affidavit of Service** |

I certify that I have served a true and correct copy of the Answer, Notice of Consent to Removal, and Rule 7.1 Disclosure Statement, all on behalf of Defendant Lo-Q, Inc., in this action by first class mail, postage prepaid to:

> Matthew Hearle, Esquire
> Goldberg, Weprin, Finkel, Goldstein LLP
> 22nd Floor
> 1501 Broadway
> New York, NY 10036

Respectfully submitted on August 23, 2010.

_____
**Andrew N. Gross**
SDNY Admission Pending
**ANDREW N. GROSS, LLC**
400 Colony Square, Suite 200
1201 Peachtree Street, NE
Atlanta, Georgia 30361
agross@skglaw.com
(404) 877-9196