UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Andrew W. Albstein**, individually, and on behalf of all others similarly situated,<br>*Plaintiff*,<br>v.<br>**Six Flags Entertainment Corporation** and **Lo-q Inc.**,<br>*Defendants*. | Docket No.<br>10 cv 05840 RJH<br><br>ECF Case<br><br>**DEFENDANT LO-Q, INC.'s CONSENT TO REMOVAL** |

Defendant Lo-Q, Inc., by and through its counsel, consents to removal of this action to this Court and states as follows:

1. This action was instituted by the Plaintiff on or about July 9, 2010, in the Supreme Court of the State of New York, New York County (the "*State Action*"), against Six Flags Entertainment Corporation ("*Six Flags*") and Lo-Q.

2. Upon information and belief, Six Flags was served with a copy of the Plaintiff's Summons and Complaint on July 14, 2010.

3. Lo-Q was served with a copy of Plaintiff's Summons and Complaint on August 4, 2010.

4. Lo-Q has been served with Notice that Six Flags has removed the State Action to this Court under 28 U.S.C. § 1446 on the grounds that this Court has jurisdiction over the claims in this matter pursuant to 28 USC §§1332 and 1441.

5. Less than 30 days have passed since Lo-Q was served with the Summons and

      Complaint in the State Action.

6.     Lo-Q consents to the removal of the State Action to the United States District Court for the Southern District of New York.

Respectfully submitted, this August 19, 2010.

s/_____
Marshall L. Ochman
**THE MARSHALL LAW FIRM**
53 North Park Ave
Suite 51
Rockville Centre, NY 11570
mrshll.law@gmail.com
(516) 659-5533

s/_____
**Andrew N. Gross**
SDNY Admission Pending
**ANDREW N. GROSS, LLC**
400 Colony Square, Suite 200
1201 Peachtree Street, NE
Atlanta, Georgia 30361
agross@skglaw.com
(404) 877-9196

*Attorneys for Lo-Q, Inc.*