**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Andrew W. Albstein**, individually, and on behalf of all others similarly situated,<br><br>            *Plaintiff,*<br><br>        v.<br><br>**Six Flags Entertainment Corporation** and **Lo-q Inc.**,<br><br>            *Defendants.* | Docket No.<br>10 cv 05840 RJH<br><br>ECF Case<br><br><br><br>**RULE 7.1 Disclosure**<br>**of Defendant Lo-q, Inc.** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Lo-Q, Inc., a nongovernmental corporate party organized under the laws of the State of Georgia, by and through its counsel, identifies Lo-Q, PLC as its parent. Lo-Q, PLC is organized under the laws of the United Kingdom, and is a publicly held corporation owning 10% or more of the stock of Lo-Q, Inc.

Respectfully submitted, this August 19, 2010.

s/_____
Marshall L. Ochman
**THE MARSHALL LAW FIRM**
53 North Park Ave
Suite 51
Rockville Centre, NY 11570
mrshll.law@gmail.com
(516) 659-5533

s/_____
**Andrew N. Gross**
SDNY Admission Pending
**ANDREW N. GROSS, LLC**
400 Colony Square, Suite 200
1201 Peachtree Street, NE
Atlanta, Georgia 30361
agross@skglaw.com
(404) 877-9196

            *Attorneys for Lo-Q, Inc.*